Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
Tel: (323) 988-2400  Fax: (866) 802-0021
rlee@consumerlawcenter.com

Attorney for Plaintiff, RUDOLPH CHAVEZ

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RUDOLPH CHAVEZ, | Case No. 2:09-cv-00810-DGC |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH CHAVEZ, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: October 12, 2009                KROHN & MOSS, LTD.


                                       By:/s/ Ryan Lee

                                       Ryan Lee

                                       Attorneys for Plaintiff,
                                       RUDOLPH CHAVEZ